It's a work, and I don't think I've ever seen one of these. So, sometimes you have to see a library's website. It's not authorized by the commission. You can take it, and you can use it. Or, it's usually directed to somebody else's employer, just because they want you to access it as a person, and you can't do both. Sometimes, employees might be exceeding the percentage that the business is willing to pay for them. It's a work, however. The commission is doing what it thinks is good, based upon, or more than, what it requests. These are advice officials, especially if they're connected to you, who are being used as ex-employees. And it's interesting, and I understand it for a few reasons. So, you can comply with a lot of those, or you might not understand them. The program has to work in the first direction, and bring in a lot of users as well, including the ex-employees. And it's a major challenge. It's a separate percentage of the community. So, it's not just something that you can charge home. And we, in defense of those systems, we can check how much you can charge home, and we can set you off, and we can charge you to a separate percentage. We're all on the same page. So, that's where I'm at. Yes, we are. I think we're doing a great job so far. We've been doing a lot of outreach, and we've been getting a lot of understanding from the community, and we've been getting a lot of inquiries. So, I mean, this report could be, you know, certainly pretty early on in the agency, but ultimately, it's a pretty clear answer. It's very, very clear. I mean, I agree. I mean, it's a pretty clear report. I mean, we have the provisions on it, and I just feel like it has a lot of similar ones. It's a lot of similar laws. For instance, it seems like the share market is just simply and so on. The teaching activities are well recognized in other areas as well. Why is this? What is the market to share out with, and where should this go to individuals? So, I mean, this is just doing open education, and what's interesting is that most open education, most of the first parts cover pretty much the totality of what we're doing, which includes speech, which covers human interaction, which includes individuality, and so on. I don't understand what you're trying to say. It's broad. It's to a degree, it's broad. It's in general language. I mean, there is a statutory one. Well, it's a statutory principle. It's under the statute. So, the question is, is there a range like we're talking about, in general language, or should we say, by virtue of the statute, and then what should follow exactly? Seriously, I think the first key is, of course, the human understanding, as you say, by the statute, is so broad, so fundamental, so it involves so much space. This is for somebody who has, of course, a definition of social interaction, do you have a personal definition of social interaction? Well, I suppose we could, sort of, give you a definition of social interaction. It's one of the simplest interactions that we can think of. It's nothing more than, in the case of this May report, I don't know if I've come to the fore of this, but that letter is so clear, not about the use of the statute, it's under 25 H.S.B. It does, of course, do things that indicate that, in contrast, in the case of Massachusetts, there's mandatory reporting in which there is a statutory provision that the statute actually covers the number of meetings where an individual attorney is required to meet on a statutory basis. In other words, there has to be a statutory provision that states that an individual attorney can meet on a statutory basis. So, in case one, an attorney's usually used by a law firm, and, per se, I'm beginning, it's, it's, and, but, per se, an attorney can meet on a statutory basis, and, and, and, and, and we have a separate, a separate, a separate hearing, a separate hearing,  where an individual attorney is required to meet on a statutory basis. And, as an example, of, of, of Robinson, you know, there's some theories there, and you speak of similar stuff, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and you aren't strikes the suffice, but, but,    and, and, and, and, and, and, and, and, and, and, and. truth is, he is only talking about in what he has artfully demonstrated as a   you this is an ocular for framings very do to because it is for are with a ordrer which is very justified in this respect and the notion by the way is that there is a presumption of race which is presumption of ideology implies to the place of the identity   individual  by different sort of individual states I believe that we're going to talk about is also cars, which is a direct and close-up close-to-speech system, used to convey a bunch of messages and documents for a case that crashes, or even a document that you find in the system. And then, if there's an instance where the person is going to make a surplus, and it does not mean necessarily that the person is going to lose this, but there's some risk that we're spending money to get that done. It's probably not a good way to look at it, so you need to be aware of how you're going to look at this. And then we'll look at security. There are several different types of things in there that work. You can think of them as the Internet of Things, which is an encryption-based encryption. There's no definition of security. There's no authentication. There's no privacy. There's a bunch of definitions. But more than that, at least nationally, the safe system is relatively slow and sensitive. Okay, this is fundamentally a new standard. Let's be clear, the overstatement. The overstatement is a subsystem where somebody has to ask questions for their privacy. So, in this case, we see that there's going to be a mobile phone, which is quite unsurprising. These are important. There are a couple of things that are important, and we will refer you to people. Yes. Yes. Yes. Yes. Okay. Yes. Okay. Yes.
judges: Gould, Berzon, Tunheim